# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** NICHOLAS D. & HELEN L. YURJEVICH
**Case Number:** 16-20985-JAD     **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 14, 2016  09:00 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#44 - Final Confirmation of Plan Dated 3/17/16 NFC
+ Objection By: PA Dept. of Revenue
**R / M #:** 0 / 0

### *Appearances:*

**Debtor:** Kuruce
**Trustee:** Winnecour / Bedford / Pail / Katz  *(Bedford circled)*

**Creditor:**

*Ds to relocate + will probably move to dismiss*

### *Proceedings:*

**Outcome:**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. ✓ Debtor is to inform Court within __10__ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

**FILED**
JUL 14 2016
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA