**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>NICHOLAS D. YURJEVICH and<br>HELEN L. YURJEVICH,<br><br>       Debtors.<br>-------------------------------------------------<br>ROBLETO LAW, PLLC,<br><br>       Movant,<br><br>       v.<br><br>NICHOLAS D. YURJEVICH and<br>HELEN L. YURJEVICH,<br><br>       Respondents. | Bankruptcy No. 16-20985-JAD<br><br>Chapter 13<br><br>Related to Doc. No. ____<br><br>Document No. ____<br><br>Hearing Date and Time: September 7, 2016<br>at 9:00 am |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON**
**PROFESSIONAL FEES IN CHAPTER 13 CASE ON BEHALF OF ROBLETO LAW, PLLC**

To All Creditors and Parties in Interest:

1. Applicant represents  the Debtors.
2. This is (check one)
   \_\_\_\_\_ a final application
   \_x\_\_ an interim application
   for the period  January 4, 2016  to  July 19, 2016.
3. Previous retainer paid to Applicant: $ 865.00.
4. Previous interim compensation allowed to Applicant: $ 0.00.
5. Applicant requests additional:
   Compensation of $1,602.50.
   Reimbursement of Expenses of $289.61.
6. A hearing on the Application will be held in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219, at 9:00 a.m., on September 7, 2016.
7. Any written objections must be filed with the court and served on the Applicant on or before August 8, 2016 (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

| | |
|---|---|
| Date of amendment: July 22, 2016 | /s/ Aurelius Robleto<br>Aurelius P. Robleto<br>Pa ID No. 94633<br>ROBLETO LAW, PLLC<br>Three Gateway Center<br>401 Liberty Avenue, Suite 1306<br>Pittsburgh, PA 15222<br>(412) 925-8194 Tel<br>(412) 346-1035 Fax<br>apr@robletolaw.com |

(Note: 1. Scheduling dates in this Notice shall comply with Local Rules. 2. The full application need be served only upon Debtor, counsel for Debtor, the U.S. Trustee, and the trustee and counsel for the trustee. 3. Applicant shall serve this Notice on all creditors and parties in interest including any person who has filed a request for notices. 4. A certificate of service shall be filed with this Notice and the application.)
**PAWB Local Form 8  (07/13)**