**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 16-20985-JAD |
| NICHOLAS D. YURJEVICH and HELEN L. YURJEVICH, | Chapter 13 |
| Debtors. | Doc. No. |
| ------------------------------------------------- | |
| NICHOLAS D. YURJEVICH and HELEN L. YURJEVICH, | Related to Doc. No. 56 |
| Movants, | |
| v. | |
| NO RESPONDENTS. | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
ON MOTION OF DEBTORS FOR MOTION TO DISMISS**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than August 11, 2016 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on September 7, 2016, at 9:00 a.m. before Judge Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: July 25, 2016

/s/ Aurelius Robleto
Aurelius Robleto
Pa. ID No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Avenue, Suite 1306
Pittsburgh, PA 15222
(412) 925-8194
(412) 346-1035
apr@robletolaw.com