## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 16-20985-JAD |
| NICHOLAS D. YURJEVICH and HELEN L. YURJEVICH, | Chapter 13 |
| Debtors. | Doc. No. |
| -------------------------------------------------- | |
| NICHOLAS D. YURJEVICH and HELEN L. YURJEVICH, | Related to Doc. No. 56 & 57 |
| Movants, | |
| v. | |
| NO RESPONDENTS. | |

CERTIFICATE OF SERVICE OF DEBTORS' MOTION TO DISMISS AND NOTICE OF HEARING

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 25, 2016

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was electronic notification via the ECF Notification System and U.S. Mail.

Dated: July 25, 2016                                Respectfully submitted,

                                                    /s/ Aurelius Robleto
                                                    Aurelius Robleto
                                                    Pa. ID No. 94633
                                                    ROBLETO LAW, PLLC
                                                    Three Gateway Center
                                                    401 Liberty Avenue, Suite 1306
                                                    Pittsburgh, PA 15222
                                                    (412) 925-8194
                                                    (412) 346-1035
                                                    apr@robletolaw.com

PAWB Local Form 7 (07/13)

**16-20985-JAD Notice will be electronically mailed to:**

Jonathan W. Chatham on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

Andrew F Gornall on behalf of Creditor Nationstar Mortgage LLC
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

David W. Raphael on behalf of Creditor First National Bank of Pennsylvania
draphael@grenenbirsic.com, mcupec@grenenbirsic.com

David W. Raphael on behalf of U.S. Trustee Office of the United States Trustee
draphael@grenenbirsic.com, mcupec@grenenbirsic.com

Aurelius P. Robleto on behalf of Debtor Nicholas D. Yurjevich
apr@robletolaw.com, rmk@robletolaw.com,lsr@robletolaw.com

Aurelius P. Robleto on behalf of Joint Debtor Helen L. Yurjevich
apr@robletolaw.com, rmk@robletolaw.com,lsr@robletolaw.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company, LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Notice by U.S. Mail:**

Nicholas and Helen Yurjevich
701 1st Street
Leechburg, PA 15656

2