# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>NICHOLAS D. YURJEVICH and<br>HELEN L. YURJEVICH,<br><br>    Debtors.<br>-------------------------------------------------<br>ROBLETO LAW, PLLC,<br><br>    Movant,<br><br>           v.<br><br>NICHOLAS D. YURJEVICH and<br>HELEN L. YURJEVICH,<br><br>    Respondents. | Bankruptcy No. 16-20985-JAD<br><br>Chapter 13<br><br>Related to Doc. No. ____<br><br>Document No. ____<br><br>Hearing Date and Time: September 7, 2016 at 9:00 am |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON
PROFESSIONAL FEES IN CHAPTER 13 CASE ON BEHALF OF ROBLETO LAW, PLLC**

To All Creditors and Parties in Interest:

1. Applicant represents  the Debtors.
2. This is (check one)
   _____ a final application
   __x__ an interim application
   for the period January 4, 2016 to July 19, 2016.
3. Previous retainer paid to Applicant: $ 865.00.
4. Previous interim compensation allowed to Applicant: $ 0.00.
5. Applicant requests additional:
   Compensation of $1,602.50.
   Reimbursement of Expenses of $289.61.
6. A hearing on the Application will be held in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219, at 9:00 a.m., on September 7, 2016.
7. Any written objections must be filed with the court and served on the Applicant on or before August 22, 2016 (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of service: August 4, 2016        /s/ Aurelius Robleto
                                                            Aurelius P. Robleto
                                                            Pa ID No. 94633
                                                            ROBLETO LAW, PLLC
                                                            Three Gateway Center
                                                            401 Liberty Avenue, Suite 1306
                                                            Pittsburgh, PA 15222
                                                            (412) 925-8194 Tel
                                                            (412) 346-1035 Fax
                                                            apr@robletolaw.com

(Note: 1. Scheduling dates in this Notice shall comply with Local Rules. 2. The full application need be served only upon Debtor, counsel for Debtor, the U.S. Trustee, and the trustee and counsel for the trustee. 3. Applicant shall serve this Notice on all creditors and parties in interest including any person who has filed a request for notices. 4. A certificate of service shall be filed with this Notice and the application.)
**PAWB Local Form 8  (07/13)**