**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>NICHOLAS D. YURJEVICH and<br>HELEN L. YURJEVICH,<br><br>    Debtors.<br>-------------------------------------------------<br>ROBLETO LAW, PLLC,<br><br>    Movant,<br><br>            v.<br><br>NICHOLAS D. YURJEVICH and<br>HELEN L. YURJEVICH,<br><br>    Respondents. | Bankruptcy No. 16-20985-JAD<br><br>Chapter 13<br><br>Related to Doc. No.  62 & 63<br><br>Document No. ____<br><br>Hearing Date and Time: September 7, 2016<br>at 9:00 am |

**CERTIFICATE OF SERVICE OF FIRST APPLICATION OF ROBLETO LAW, PLLC
FOR INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES AND SUMMARY COVER SHEET AND NOTICE OF HEARING
ON PROFESSIONAL FEES IN CHAPTER 13 CASE ON BEHALF OF ROBLETO LAW, PLLC**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 4, 2016.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was email via the ECF system and first-class mail.

EXECUTED ON: August 4, 2016                                        Respectfully submitted:

                                                                                                  /s/ Aurelius Robleto
                                                                                                Aurelius P. Robleto
                                                                                                PA ID No. 94633
                                                                                                ROBLETO LAW, PLLC
                                                                                                Three Gateway Center
                                                                                                401 Liberty Avenue, Suite 1306
                                                                                                Pittsburgh, PA 15222
                                                                                                Tel:  (412) 925-8194
                                                                                                Fax:  (412) 346-1035
                                                                                                apr@robletolaw.com

PAWB Local Form 25 (07/13)

**Service by ECF:**

Jonathan W. Chatham on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

Andrew F Gornall on behalf of Creditor Nationstar Mortgage LLC
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

David W. Raphael on behalf of Creditor First National Bank of Pennsylvania
draphael@grenenbirsic.com, mcupec@grenenbirsic.com

David W. Raphael on behalf of U.S. Trustee Office of the United States Trustee
draphael@grenenbirsic.com, mcupec@grenenbirsic.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company, LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by first-class mail:**

Nicholas and Helen Yurjevich
701 1st Street
Leechburg, PA 15656

**PAWB Local Form 25 (07/13)**