IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| NICHOLAS D. YURJEVICH and HELEN L. YURJEVICH, | : | Bankruptcy No. 16-20985-JAD |
| Debtors. | : | Chapter 13 |
| ROBLETO LAW, PLLC, | : | |
| Movant, | :: | |
| v. | : | Doc. # 65 |
| NICHOLAS D. YURJEVICH and HELEN L. YURJEVICH, | : | Related to Doc. # 62 |
| Respondents. | : | |

# ORDER

AND NOW, this **12th** day of **August**, **2016**, **IT APPEARING TO THE COURT** that a ***Motion To Withdraw Application*** was filed by Movant on August 11, 2016, at Doc. # 65 in the above-captioned bankruptcy case;

IT IS HEREBY ORDERED that the **First Application For Interim Allowance Of Compensation and Reimbursement Of Expenses** filed by **Robleto Law, PLLC** at **Doc. # 62**, is **DENIED AS WITHDRAWN.**

IT IS FURTHER ORDERED that the hearing regarding Doc. # 62 scheduled for **Wednesday, September 7, 2016**, at **10:00 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street Pittsburgh, Pennsylvania 15219, **IS CANCELLED.**

Jeffery A. Deller   mas
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
Nicholas D. and Helen L. Yurjevich
Aurelius P. Robleto, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
8/12/16 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00018959

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Nicholas D. Yurjevich
Helen L. Yurjevich
       Debtors

Case No. 16-20985-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: aala        Page 1 of 1        Date Rcvd: Aug 12, 2016
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2016.
db/jdb        Nicholas D. Yurjevich,   Helen L. Yurjevich,   701 1st St.,   Leechburg, PA  15656-1005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2016 at the address(es) listed below:
        Andrew F Gornall   on behalf of Creditor   Nationstar Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Aurelius P. Robleto   on behalf of Attorney   Robleto Law, PLLC apr@robletolaw.com, rmk@robletolaw.com,lsr@robletolaw.com
        Aurelius P. Robleto   on behalf of Joint Debtor Helen L. Yurjevich apr@robletolaw.com, rmk@robletolaw.com,lsr@robletolaw.com
        Aurelius P. Robleto   on behalf of Debtor Nicholas D. Yurjevich apr@robletolaw.com, rmk@robletolaw.com,lsr@robletolaw.com
        David W. Raphael   on behalf of Creditor   First National Bank of Pennsylvania draphael@grenenbirsic.com,  mcupec@grenenbirsic.com
        David W. Raphael   on behalf of U.S. Trustee   Office of the United States Trustee draphael@grenenbirsic.com,  mcupec@grenenbirsic.com
        Jonathan W. Chatham   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy7@pa.gov
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                              TOTAL: 10