## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

NICHOLAS D. YURJEVICH and
HELEN L. YURJEVICH,

    Debtors.

-------------------------------------------------

NICHOLAS D. YURJEVICH and
HELEN L. YURJEVICH,

    Movants,

        v.

No Respondent.

Bankruptcy No. 16-20985-JAD

Chapter

Related to Doc. No.   56  

Document No. ____

Hearing Date & Time: September 7, 2016

## CERTIFICATION OF NO OBJECTION REGARDING
## DEBTORS' MOTION TO DISMISS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on July 25, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 11, 2016.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: August 15, 2016

                                                /s/ Aurelius Robleto
                                                Aurelius P. Robleto
                                                PA ID No. 94633
                                                ROBLETO LAW, PLLC
                                                Three Gateway Center
                                                401 Liberty Avenue, Suite 1306
                                                Pittsburgh, PA 15222
                                                Tel:  (412) 925-8194
                                                Fax:  (412) 346-1035
                                                apr@robletolaw.com

**PAWB Local Form 25 (07/13)**