# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

NICHOLAS D. YURJEVICH and
HELEN L. YURJEVICH,

    Debtors.

--------------------------------------------------

NICHOLAS D. YURJEVICH and
HELEN L. YURJEVICH,

    Movants,

        v.

    No Respondent.

Bankruptcy No. 16-20985-JAD

Chapter 13

Related to Doc. No. 69

Document No. _____

## CERTIFICATE OF SERVICE OF ORDER DISMISSING CASE
## WITHOUT PREJUDICE AND TERMINATING INCOME ATTACHMENT

    I certify under penalty of perjury that I served the above captioned pleading on the party at the address specified below or on the attached list on August 17, 2016.

    The type(s) of service made on the party (first-class mail, electronic notification, hand delivery, or another type of service) was first-class mail.

EXECUTED ON: August 17, 2016

                                                   Respectfully submitted:

                                                   /s/ Aurelius Robleto
                                                 Aurelius P. Robleto
                                                 PA ID No. 94633
                                                 ROBLETO LAW, PLLC
                                                 Three Gateway Center
                                                 401 Liberty Avenue, Suite 1306
                                                 Pittsburgh, PA 15222
                                                 Tel:  (412) 925-8194
                                                 Fax:  (412) 346-1035
                                                 apr@robletolaw.com

**PAWB Local Form 25 (07/13)**

**<u>Service by First-Class Mail:</u>**

Pnc Bank, N.A.
Attn: Payroll Dept.
Two PNC Plaza
620 Liberty Ave.
Pittsburgh, PA 15222

**PAWB Local Form 25 (07/13)**