IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

NICHOLAS D. YURJEVICH and
HELEN L. YURJEVICH,

            Debtors.

**DEFAULT O/E JAD**

Bankruptcy No. 16-20985-JAD

Related To Doc. # 56

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## AND TERMINATING INCOME ATTACHMENT

AND NOW, this __17th__ day of __August__, 2016, IT IS HEREBY **ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtors remain legally liable for all of their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtors are ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtors shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report And Account and the Trustee's Certification Of Distributed Funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further order of court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

**JEFFERY A. DELLER**
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors And Parties In Interest

FILED
8/17/16 2:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00018879

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-20985-JAD
Nicholas D. Yurjevich                                               Chapter 13
Helen L. Yurjevich
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: gamr              Page 1 of 3              Date Rcvd: Aug 17, 2016
                               Form ID: pdf900         Total Noticed: 117

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2016.
```
db/jdb         Nicholas D. Yurjevich,    Helen L. Yurjevich,    701 1st St.,    Leechburg, PA 15656-1005
aty           +Robleto Law, PLLC,    Three Gateway Center,    401 Liberty Avenue, Suite 1306,
                Pittsburgh, PA 15222-1004
cr             Nationstar Mortgage LLC,    PO Box 199111,    Dallas, TX  75235
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                Pittsburgh, PA 15212-5861
14197740       A-1 Collections Svc,    101 Grovers Mill Rd Ste,    Lawrenceville, NJ  08648-4706
14197741       ACMH Hospital,    PO Box 579,    Kittanning, PA  16201-0579
14197742      +Advanced Integrated Medical,    9800A McKnight Rd,    Pittsburgh, PA 15237-6032
14197743       Affiliated Credit Services,    PO Box 7739,    Rochester, MN  55903-7739
14197744       Alle Kiski Medical Center,    PO Box 644896,    Pittsburgh, PA  15264-4896
14197745       Allegheny Clinic,    PO Box 14000,    Belfast, ME  04915-4033
14197746       Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA  15264-5250
14197748       Armstrong County,    Glenda Paul, Tax Collector,    309 Anderson Ave,    Leechburg, PA  15656-1104
14197750       Awa Collections,    AWA Collections,    PO Box 6605,    Orange, CA  92863-6605
14197751       Bay Area Credit Service,    PO Box 467600,    Atlanta, GA  31146-7600
14197752       Beatrice Yurjevich,    520 Willow St,    Springdale, PA  15144-1419
14211442       Berkheimer Assoc.-Agt.Leechburg ASD&Leechburg Bor,     c/o David R. Gordon, Esq.,
                1883 Jory Road,    Pen Argyl, PA 18072
14197753       Berkheimer Tax Administrator,    PO Box 25153,    Lehigh Valley, PA  18002-5153
14197756       CBCS,    PO Box 2724,    Columbus, OH  43216-2724
14197762      ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
              (address filed with court: Collection Service Center, Inc,     106 N McKean St,
                Butler, PA  16001-4909)
14197757       Chase Receivables,    Chase,    1247 Broadway # 13694849-44,     Sonoma, CA  95476-7503
14197758       Children’s Hospital of Pittsburgh,    PO Box 382059,    Pittsburgh, PA  15251-8059
14197760       Collecion Service Center, Inc.,    106 N McKean St,    Butler, PA  16001-4909
14197761       Collection Service Center,    PO Box 560,    New Kensington, PA  15068-0560
14197763       Comcast,    PO Box 3002,    Southeastern, PA  19398-3002
14197764       Commonwealth Financial Systems,    245 Main St,    Dickson City, PA  18519-1641
14197765       Convergent Healthcare Recoveries, Inc.,    121 NE Jefferson Ave Ste 100,
                Peoria, IL  61602-1229
14197766       Convergent Outsoucing, Inc,    PO Box 9004,    Renton, WA  98057-9004
14197769       Credit Management, Lp,    Attn: Bankruptcy,    PO Box 118288,    Carrollton, TX  75011-8288
14197770       Credit Protection Assoc,    PO Box 802068,    Dallas, TX  75380-2068
14197771       Creditech Inc.,    PO Box 20330,    Lehigh Valley, PA  18002-0330
14197772       David W. Selvig, D.D.S.,    1600 Pacific Ave Ste 1,    Natrona Heights, PA  15065-2138
14197773       Delatorre Orthotics and Prosthetics, Inc,    PO Box 644574,    Pittsburgh, PA  15264-8574
14197778      +Emergency Medicine Physicians,    4535 Dressler Rd. NW,    Canton, OH 44718-2545
14197779       Equiant Financial Services,    5401 N Pima Rd,    Scottsdale, AZ  85250-2627
14197780       Financial Recovery Services, Inc.,    PO Box 385902,    Minneapolis, MN  55438-5902
14203580       First National Bank of Pennsylvania,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
                One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
14203579      +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
14197781      +First Natl Bk of PA,    1 Fnb Blvd,    Hermitage, PA 16148-3363
14197782      +Foundation Radiology Group,    Three Gateway Center 20th Floor,    401 Liberty Ave. Suite 2000,
                Pittsburgh PA 15222-1029
14197784      #Gibson & Sharps,    9420 Bunsen Pkwy Ste 250,    Louisville, KY  40220-4205
14197785       Glade Run Medical,    PO Box 977,    Kittanning, PA  16201-0977
14197787       Greater Pittsburgh Orthopaedic Associate,    5820 Centre Ave,    Pittsburgh, PA  15206-3710
14197790       JSO Assoc In Path & Lab Med,    5700 Southwyck Blvd,    Toledo, OH  43614-1509
14197791       KML Law Group P.C.,    701 Market St Ste 5000,    Philadelphia, PA  19106-1541
14197792       Leechburg Borough,    260 Market St,    Leechburg, PA  15656-1320
14197793      +Leechburg School District,    Toni Rupert, Tax Collector,    260 Market Street,
                Leechburg, PA 15656-1320
14197794       Linebarger Goggan Blair & Sampson, LLP,    PO Box 90128,    Harrisburg, PA  17109-0128
14197795       Lower Kiski Ambulance Service,    80 Kiski Ave,    Leechburg, PA  15656-1277
14197800       MRS Associates,    1930 Olney Ave,    Cherry Hill, NJ  08003-2016
14197796       Medexpress,    PO Box 7964,    Belfast, ME  04915-7900
14197797       Medexpress,    ATTN # 7964C,    PO Box 14000,    Belfast, ME  04915-4033
14197798       Medical Rehabilitation Inc.,    PO Box 40290,    Pittsburgh, PA  15201-0290
14197799       Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA  92108-2709
14251641      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,     P.O. Box 619096,    Dallas, TX 75261-9741)
14197805       NEB Doctors of Western PA, LLC,    610 Old Clairton Rd,    Pittsburgh, PA  15236-4353
14197802       National Recovery Agency,    PO Box 67015,    Harrisburg, PA  17106-7015
14197804       Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX  75019-4620
14197803      +Nationstar Mortgage LLC,    PO Box 619098,    Dallas, TX 75261-9098
14197807       PA Municipal Service,    336 Delaware Ave,    Oakmont, PA  15139-2138
14197810       PENTA-Allegheny Clinic,    3447 Forbes Ave,    Pittsburgh, PA  15213-3212
14197814       PNG Northern FCU,    831 16th St,    N Apollo, PA  15673
14197808       Pennsylvania Association of Credit Mgmt,    3737 Library Rd,    Pittsburgh, PA  15234-2232
14197809       Pennsylvania Collection Service,    PO Box 893,    Washington, PA  15301-0893
```

```
District/off: 0315-2           User: gamr                   Page 2 of 3                   Date Rcvd: Aug 17, 2016
                               Form ID: pdf900              Total Noticed: 117


14197811          Peoples Gas Bankruptcy Dept.,    Attn: Dawn Lindner,    375 N Shore Dr Ste 600,
                   Pittsburgh, PA 15212-5866
14260085         +Peoples Natural Gas Company, LLC,    205 North Main Street,    Butler, PA 16001,
                   Attention: Barbara Rodgers 16001-4904
14197812         #Phoenix Financial Services LLC,    PO Box 26580,    Indianapolis, IN 46226-0580
14197813          Physiotherapy Corporation PP,    PO Box 824181,    Philadelphia, PA 19182-4181
14197816          Premier Medical Associates,    310 Rodi Rd Ste 250,    Pittsburgh, PA 15235-3318
14197815          Premier Medical Associates,    3824 Northern Pike Ste 675,    Monroeville, PA 15146-2151
14197817          Premier Medical Associates,    PO Box 644984,    Pittsburgh, PA 15264-4984
14197818          Quad County Oral Surgery-Kittanning,    200 Medical Arts Bldg Ste 200,
                   Kittanning, PA 16201-7132
14197819          Quest Diagnostics,    PO Box 740717,    Cincinnati, OH 45274-0717
14197820          Schlee & Stillman, LLC,    50 Tower Office Park,    Woburn, MA 01801-2113
14197821          Sherrard, German and Kelly, P.C.,    535 Smithfield St Ste 300,    Pittsburgh, PA 15222-2319
14197822          State Collection Service Inc.,    2509 S Stoughton Rd,    Madison, WI 53716-3314
14197823         +Take Care Health Systems,    1901 E Voorhees MSC 3099,    Danville, IL 61834-4509
14197824          Tek-Collect Inc,    871 Park St,    Columbus, OH 43215-1441
14197825          TekCollect Inc.,    PO Box 1269,    Columbus, OH 43216-1269
14197826          The Childrens Institiute,    1405 Shady Ave,    Pittsburgh, PA 15217-1350
14197827          Tony J. Albertelli DPM,    317 E 1st Ave,    Tarentum, PA 15084-1816
14197829         #Transworld Systems Inc.,    5 Penn Ctr W Ste 100,    Pittsburgh, PA 15276-0126
14197830          Tri-State Adjustments, Inc.,    3439 East Ave S,    La Crosse, WI 54601-7241
14197833          UPMC  Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
14197834          UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
14197835          UPMC Phsycian Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
14197836          UPMC Phsyican Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
14197838          UPMC Presbyterian Shadyside,    PO Box 382059,    Pittsburgh, PA 15251-8059
14197831          United Collection Bureau, Inc,    PO Box 140190,    Toledo, OH 43614-0190
14197832          United Collection Bureau, Inc.,    5620 Southwyck Blvd Ste 206,    Toledo, OH 43614-1501
14197839          Vacation Villas Fantasyworld,    47 College St,    Asheville, NC 28801-2819
14197840          Van Ru Credit Corp.,    1350 E Touhy Ave Ste 300E,    Des Plaines, IL 60018-3342
14197841          Verizon,    500 Technology Dr Ste 500,    Weldon Spring, MO 63304-2225
14197843          Westarm Physical Therapy,    2757 Leechburg Rd,    Lower Burrell, PA 15068-3138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14238772          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2016 01:12:47
                   American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                   Oklahoma City, OK 73124-8838
14197747          E-mail/Text: bkrpt@retrievalmasters.com Aug 18 2016 01:18:24
                   American Medical Collection Agency,    4 Westchester Plz Bldg 4,    Elmsford, NY 10523-1612
14197749          E-mail/Text: jmenglert@co.armstrong.pa.us Aug 18 2016 01:18:48
                   Armstrong County Tax Claim Bureau,    Court House,    450 E Market St,
                   Kittanning, PA 16201-1409
14197754          E-mail/Text: bankruptcy@cavps.com Aug 18 2016 01:18:43     Calvary Portfolio Services,
                   PO Box 520,    Valhalla, NY 10595-0520
14197755          E-mail/Text: bankruptcy@usecapital.com Aug 18 2016 01:19:07     Capital Accounts,
                   PO Box 140065,    Nashville, TN 37214-0065
14252183         +E-mail/Text: bankruptcy@cavps.com Aug 18 2016 01:18:43     Cavalry SPV I, LLC,
                   500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14212656         +E-mail/Text: bankruptcy@cavps.com Aug 18 2016 01:18:43     Cavalry SPV II, LLC,
                   500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14197757          E-mail/Text: compliance@chaserec.com Aug 18 2016 01:19:02     Chase Receivables,    Chase,
                   1247 Broadway # 13694849-44,    Sonoma, CA 95476-7503
14197759          E-mail/Text: bankruptcy@clearviewfcu.org Aug 18 2016 01:18:25
                   Clearview Federal Credit Union,    Attn:Bankruptcy,    8805 University Blvd,
                   Moon Township, PA 15108-4212
14197768          E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 18 2016 01:18:47
                   Credit Management Company,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14197767          E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 18 2016 01:18:47
                   Credit Management Company,    PO Box 16346,    Pittsburgh, PA 15242-0346
14197774          E-mail/Text: mrdiscen@discover.com Aug 18 2016 01:17:48     Discover Bank,    Attn: Bankruptcy,
                   PO Box 3025,    New Albany, OH 43054-3025
14203719          E-mail/Text: mrdiscen@discover.com Aug 18 2016 01:17:48     Discover Bank,
                   Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14197775          E-mail/Text: mrdiscen@discover.com Aug 18 2016 01:17:48     Discover Fin Svcs LLC,
                   PO Box 15316,    Wilmington, DE 19850-5316
14197776          E-mail/Text: mrdiscen@discover.com Aug 18 2016 01:17:48     Discover Financial,
                   Attn: Bankruptcy,    PO Box 3025,    New Albany, OH 43054-3025
14197777          E-mail/Text: Bankruptcy.Consumer@dish.com Aug 18 2016 01:18:23     Dish,    PO Box 7203,
                   Pasadena, CA 91109-7303
14197786         +E-mail/Text: bankruptcy@affglo.com Aug 18 2016 01:18:27     Global Credit Collection Corp.,
                   5440 N. Cumberland Ave., Suite 300,    Chicago, IL 60656-1486
14197788          E-mail/Text: bankruptcy@icsystem.com Aug 18 2016 01:18:50     IC System, Inc.,    PO Box 64378,
                   Saint Paul, MN 55164-0378
14197789          E-mail/Text: bankruptcy@icsystem.com Aug 18 2016 01:18:50     Ic Systems, Inc,
                   444 Highway 96 E,    Saint Paul, MN 55127-2557
14197801         +E-mail/Text: eric@murphysmusic.com Aug 18 2016 01:18:52     Murphy's Music Center,
                   400 South Leechburg Hill Rd.,    Leechburg, PA 15656-9403
14197806         +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2016 01:18:04     PA Department of Revenue,
                   Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
```

```
District/off: 0315-2          User: gamr              Page 3 of 3            Date Rcvd: Aug 17, 2016
                              Form ID: pdf900         Total Noticed: 117
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14204872          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2016 01:18:04
                   Pennsylvania Department of Revenue,   Bankruptcy Division  PO Box 280946,
                   Harrisburg PA  17128-0946
14197828          E-mail/Text: bankruptcydepartment@tsico.com Aug 18 2016 01:18:55     Transworld Sys Inc/51,
                   PO Box 15273,   Wilmington, DE  19850-5273
14197842          E-mail/Text: bankruptcy@firstenergycorp.com Aug 18 2016 01:18:29     West Penn Power,
                   PO Box 3687,   Akron, OH  44309-3687
14215283         +E-mail/Text: bankruptcy@firstenergycorp.com Aug 18 2016 01:18:29     West Penn Power,
                   5001 NASA Blvd,   Fairmont WV  26554-8248
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PA Dept of Revenue
cr*              +First National Bank of Pennsylvania,    4140 East State Street,   Hermitage, PA 16148-3401
14197783*        +Foundation Radiology Group,   Three Gateway Center, 20th Floor,   401 Liberty Ave. Suite 2000,
                   Pittsburgh PA 15222-1029
14197837*         UPMC Physician Services,   PO Box 371980,   Pittsburgh, PA  15250-7980
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Aurelius P. Robleto    on behalf of Debtor Nicholas D. Yurjevich apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com
              Aurelius P. Robleto    on behalf of Attorney    Robleto Law, PLLC apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com
              Aurelius P. Robleto    on behalf of Joint Debtor Helen L. Yurjevich apr@robletolaw.com,
               rmk@robletolaw.com,lsr@robletolaw.com
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               draphael@grenenbirsic.com,    mcupec@grenenbirsic.com
              David W. Raphael    on behalf of U.S. Trustee    Office of the United States Trustee
               draphael@grenenbirsic.com,    mcupec@grenenbirsic.com
              Jonathan W. Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 10
```