**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

NICHOLAS D. YURJEVICH
HELEN L. YURJEVICH
    Debtor(s)

Case No.:16-20985 JAD

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/17/2016 and confirmed on 05/06/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 10,223.21 |
| Less Refunds to Debtor | 947.09 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,276.12 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,135.00 | |
|   Trustee Fee | 343.21 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,478.21 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 4,008.68 | 0.00 | 4,008.68 |
|     Acct: 4970 | | | | |
|   NATIONSTAR MORTGAGE LLC* | 0.00 | 1,651.00 | 0.00 | 1,651.00 |
|     Acct: 8322 | | | | |
|   MURPHY'S MUSIC CENTER | 1,159.21 | 0.00 | 0.00 | 0.00 |
|     Acct: 5452 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 9,683.98 | 0.00 | 0.00 | 0.00 |
|     Acct: 4970 | | | | |
|   NATIONSTAR MORTGAGE LLC* | 3,026.91 | 0.00 | 0.00 | 0.00 |
|     Acct: 8332 | | | | |
|   ARMSTRONG COUNTY TAX CLM BUR | 950.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ARMSTRONG COUNTY TAX CLM BUR | 6,542.21 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LEECHBURG AREA SD(LCHBRG)RE TX | 521.76 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LEECHBURG AREA SD(LCHBRG)RE TX | 2,276.79 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNG NORTHERN CREDIT UNION | 3,461.00 | 187.61 | 120.12 | 307.73 |
|     Acct: 2031 | | | | |
|   PNG NORTHERN CREDIT UNION | 6,001.00 | 342.05 | 178.45 | 520.50 |
|     Acct: 2031 | | | | |
| | | | | 6,487.91 |
| **Priority** | | | | |
|   AURELIUS P ROBLETO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICHOLAS D. YURJEVICH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBLETO LAW PLLC | 2,135.00 | 2,135.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LEECHBURG ASD & LEECHBURG BORO (E | 122.36 | 0.00 | 0.00 | 0.00 |
|     Acct: 2283 | | | | |
|   AURELIUS P ROBLETO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICHOLAS D. YURJEVICH | 947.09 | 947.09 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 900.11 | 0.00 | 0.00 | 0.00 |
|     Acct: 2283 | | | | |
|   ALLEGHENY VALLEY SD & SPRINGDALE E | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX JAD | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
|   CREDIT PROTECTION ASSN. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0819 | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1585 | | | | |
|   ARMSTRONG COUNTY MEMORIAL HOSPIT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ARMSTRONG COUNTY MEMORIAL HOSPIT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5640 | | | | |
|   ARMSTRONG COUNTY MEMORIAL HOSPIT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8192 | | | | |
|   ARMSTRONG COUNTY MEMORIAL HOSPIT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6574 | | | | |
|   ADVANCED INTEGRATED MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3488 | | | | |
|   ALLE KISKI MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5010 | | | | |
|   ALLE KISKI MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2048 | | | | |
|   ALLE KISKI MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4914 | | | | |
|   ALLE KISKI MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4583 | | | | |
|   ALLEGHENY CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2734 | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9514 | | | | |
|   AMERICAN MEDICAL COLLECTION AGENC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ARMSTRONG COUNTY TAX CLM BUR | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | AWA COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6088 | | | | |
| | BEATRICE YUREJEVICH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAVALRY SPV I LLC* | 9,042.28 | 0.00 | 0.00 | 0.00 |
| | Acct: 7698 | | | | |
| | CAPITAL ACCOUNTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3041 | | | | |
| | CHILDRENS HOSPITAL OF PITTSBURGH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4364 | | | | |
| | CHILDRENS HOSPITAL OF PITTSBURGH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5036 | | | | |
| | CLEARVIEW FCU** | 499.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 0293 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: C004 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ZEIN | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: CALL | | | | |
| | COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1480 | | | | |
| | COMMONWEALTH FINANCIAL SYSTEMS/N | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 52N1 | | | | |
| | COMMONWEALTH FINANCIAL SYSTEMS/N | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 51N1 | | | | |
| | CONVERGENT HEALTHCARE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7739 | | | | |
| | CONVERGENT HEALTHCARE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6465 | | | | |
| | CONVERGENT HEALTHCARE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9695 | | | | |
| | CONVERGENT HEALTHCARE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4540 | | | | |
| | CONVERGENT HEALTHCARE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7842 | | | | |
| | CONVERGENT HEALTHCARE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3395 | | | | |
| | CONVERGENT HEALTHCARE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9754 | | | | |
| | CONVERGENT HEALTHCARE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0676 | | | | |
| | CONVERGENT HEALTHCARE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4584 | | | | |
| | CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6206 | | | | |
| | CMC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0774 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7471 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4949 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9671 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9670 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7365 | | | | |

| 16-20985 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 4 of 9 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | CREDIT MANAGEMENT CO<br>Acct: 7522 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 4381 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 2546 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 6503 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 5973 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 5972 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 5971 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 2203 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 4732 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 9660 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 0908 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 0940 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 0941 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 4538 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 0635 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 6506 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 6505 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT LP<br>Acct: 7522 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT LP<br>Acct: 2550 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT LP<br>Acct: 5478 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT LP<br>Acct: 8814 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT LP<br>Acct: 2546 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DAVID W SELVIG DDS<br>Acct: 0200 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DAVID W SELVIG DDS<br>Acct: 0200 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DAVID W SELVIG DDS<br>Acct: 0200 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DAVID W SELVIG DDS<br>Acct: 0200 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DAVID W SELVIG DDS<br>Acct: 0200 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DAVID W SELVIG DDS<br>Acct: 0200 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DELATORRE ORTHITICS<br>Acct: 0006 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DISCOVER BANK(*) | 8,790.46 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 3586 | | | | |
|   DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4626 | | | | |
|   EMERGENCY MEDICINE PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6385 | | | | |
|   EQUIANT FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1432 | | | | |
|   FOUNDATION RADIOLOGY GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: FRG1 | | | | |
|   FOUNDATION RADIOLOGY GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: FRG1 | | | | |
|   FOUNDATION RADIOLOGY GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: FRG1 | | | | |
|   FOUNDATION RADIOLOGY GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: FRG1 | | | | |
|   GLADE RUN MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   GLADE RUN MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0002 | | | | |
|   GLOBAL COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9756 | | | | |
|   GREATER PGH ORTHOPAEDIC ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0120 | | | | |
|   I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   JSO ASSOCIATION IN PATHOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7932 | | | | |
|   JSO ASSOCIATION IN PATHOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7933 | | | | |
|   LEECHBURG BORO - SEWAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0052 | | | | |
|   LEECHBURG BORO - SEWAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0053 | | | | |
|   LOWER KISKI AMBULANCE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0220 | | | | |
|   MEDEXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3908 | | | | |
|   MEDEXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 15C9 | | | | |
|   MEDEXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3908 | | | | |
|   MEDEXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3908 | | | | |
|   MEDICAL REHABILITATION INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9749 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7869 | | | | |
|   NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NEB DOCTORS OF WESTERN PA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2000 | | | | |
|   PENNSYLVANIA ASSOCIATION OF CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5917 | | | | |
|   PENA ALLEGHENY CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8647 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 5,713.93 | 0.00 | 0.00 | 0.00 |
|     Acct: 1299 | | | | |
|   PHOENIX FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | PHYSIOTHERAPY CORPORATION<br>Acct: 1200 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PNG NORTHERN CREDIT UNION<br>Acct: 2401 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PNG NORTHERN CREDIT UNION<br>Acct: 2031 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 1125 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 4147 | 0.00 | 0.00 | 0.00 | 0.00 |
| | A 1 COLLECTION SERVICE<br>Acct: 5452 | 0.00 | 0.00 | 0.00 | 0.00 |
| | KML LAW GROUP PC*<br>Acct: 8322 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 4147 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 2810 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 2810 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 2810 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 2810 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 0785 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 0785 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 0785 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 0785 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 0785 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 2073 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 2073 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 2073 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 2073 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 6337 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 6337 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 6337 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER MEDICAL ASSOC<br>Acct: 6337 | 0.00 | 0.00 | 0.00 | 0.00 |
| | QUAD COUNTY ORAL SURGERY<br>Acct: 8612 | 0.00 | 0.00 | 0.00 | 0.00 |
| | QUEST DIAGNOSTICS++<br>Acct: 9248 | 0.00 | 0.00 | 0.00 | 0.00 |
| | QUEST DIAGNOSTICS++<br>Acct: 8297 | 0.00 | 0.00 | 0.00 | 0.00 |
| | QUEST DIAGNOSTICS++<br>Acct: 8700 | 0.00 | 0.00 | 0.00 | 0.00 |
| | QUEST DIAGNOSTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 1936 | | | | |
|   QUEST DIAGNOSTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6712 | | | | |
|   QUEST DIAGNOSTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6090 | | | | |
|   QUEST DIAGNOSTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8348 | | | | |
|   STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TAKE CARE HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9684 | | | | |
|   TAKE CARE HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0254 | | | | |
|   TAKE CARE HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5267 | | | | |
|   TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0912 | | | | |
|   TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1383 | | | | |
|   CHILDRENS INSTITUTE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9579 | | | | |
|   TONY ALBERTELLI DPM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1845 | | | | |
|   TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3563 | | | | |
|   TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3564 | | | | |
|   UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9068 | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1001 | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1001 | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2283 | | | | |
|   UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5315 | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 10AA | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0009 | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1001 | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0009 | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0009 | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0009 | | | | |
|   UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1001 | | | | |
|   UPMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5104 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| VACATION VILLAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1432 | | | | |
| VACATION VILLAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1432 | | | | |
| CAVALRY SPV II LLC* | 4,180.09 | 0.00 | 0.00 | 0.00 |
| Acct: 5952 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 911.96 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WEST PENN POWER** | 3,226.12 | 0.00 | 0.00 | 0.00 |
| Acct: 8409 | | | | |
| WESTARM THERAPY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: R001 | | | | |
| AFFILIATED CREDIT SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9684 | | | | |
| BAY AREA CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHASE RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4364 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0009 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5036 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2073 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3586 | | | | |
| FINANCIAL RECOVERY SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4087 | | | | |
| I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9749 | | | | |
| LINEBARGER GOGGAN BLAIR & SAMPSOI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MRS ASSOCIATES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA COLLECTION SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8612 | | | | |
| QUEST DIAGNOSTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SCHLEE AND STILLMAN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9749 | | | | |
| SHERRARD GERMAN & KELLY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0010 | | | | |
| TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: R001 | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 15C9 | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3908 | | | | |
| TRI STATE ADJUSTMENTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3488 | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| 16-20985 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 9 of 9 |
| Unsecured | | | | | |
| | Acct: FRG1 | | | | |
| | PA DEPARTMENT OF REVENUE* | 63.40 | 0.00 | 0.00 | 0.00 |
| | Acct: 2283 | | | | |

\* \* \* N O N E \* \* \*

| | | | | | |
|---|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | | 6,797.91 |
| TOTAL CLAIMED | | | | | |
| PRIORITY | 1,332.47 | | | | |
| SECURED | 33,622.86 | | | | |
| UNSECURED | 32.427.25 | | | | |

Date: 10/13/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com