UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

In re:  
    NICHOLAS D. YURJEVICH  
    HELEN L. YURJEVICH  
        Debtor(s)

Case No. 16-20985JAD

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/17/2016.

2) The plan was confirmed on 05/06/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 08/17/2016.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $209,851.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,223.21 |
| Less amount refunded to debtor | $947.09 |

**NET RECEIPTS:**          **$9,276.12**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,135.00 |
| Court Costs | $310.00 |
| Trustee Expenses & Compensation | $343.21 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**     **$2,788.21**

Attorney fees paid and disclosed by debtor:    $865.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCED INTEGRATED MEDICAL | Unsecured | 29.18 | NA | NA | 0.00 | 0.00 |
| ALLE KISKI MEDICAL CENTER | Unsecured | 17.33 | NA | NA | 0.00 | 0.00 |
| ALLE KISKI MEDICAL CENTER | Unsecured | 106.60 | NA | NA | 0.00 | 0.00 |
| ALLE KISKI MEDICAL CENTER | Unsecured | 17.33 | NA | NA | 0.00 | 0.00 |
| ALLE KISKI MEDICAL CENTER | Unsecured | 17.33 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY CLINIC | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK | Unsecured | 18.60 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY VALLEY SD & SPRINGD | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT | Unsecured | 929.00 | 911.96 | 911.96 | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTION  | Unsecured | 75.05 | NA | NA | 0.00 | 0.00 |
| ARMSTRONG COUNTY MEMORIAL H | Unsecured | 347.98 | NA | NA | 0.00 | 0.00 |
| ARMSTRONG COUNTY MEMORIAL H | Unsecured | 82.13 | NA | NA | 0.00 | 0.00 |
| ARMSTRONG COUNTY MEMORIAL H | Unsecured | 137.54 | NA | NA | 0.00 | 0.00 |
| ARMSTRONG COUNTY MEMORIAL H | Unsecured | 134.57 | NA | NA | 0.00 | 0.00 |
| ARMSTRONG COUNTY TAX CLM BU | Secured | 940.00 | NA | 950.00 | 0.00 | 0.00 |
| ARMSTRONG COUNTY TAX CLM BU | Secured | 6,542.21 | NA | 6,542.21 | 0.00 | 0.00 |
| ARMSTRONG COUNTY TAX CLM BU | Unsecured | 2,031.69 | NA | NA | 0.00 | 0.00 |
| AWA COLLECTIONS | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| BEATRICE YUREJEVICH | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| BERKHEIMER TAX ADMINISTRATOR | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ACCOUNTS LLC | Unsecured | 568.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC* | Unsecured | 9,042.28 | 9,042.28 | 9,042.28 | 0.00 | 0.00 |
| CAVALRY SPV II LLC* | Unsecured | 4,180.09 | 4,180.09 | 4,180.09 | 0.00 | 0.00 |
| CHILDRENS HOSPITAL OF PITTSBUR | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HOSPITAL OF PITTSBUR | Unsecured | 57.49 | NA | NA | 0.00 | 0.00 |
| CHILDRENS INSTITUTE | Unsecured | 249.30 | NA | NA | 0.00 | 0.00 |
| CLEARVIEW FCU** | Unsecured | 501.00 | 499.01 | 499.01 | 0.00 | 0.00 |
| CMC | Unsecured | 614.40 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 37.14 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 90.54 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COMCAST*++ | Unsecured | 152.64 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL SYST | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL SYST | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE RECOV | Unsecured | 38.40 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE RECOV | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE RECOV | Unsecured | 599.95 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE RECOV | Unsecured | 478.80 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE RECOV | Unsecured | 163.85 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE RECOV | Unsecured | 474.36 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE RECOV | Unsecured | 32.80 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE RECOV | Unsecured | 601.52 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE RECOV | Unsecured | 1,292.11 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING | Unsecured | 532.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 1,697.11 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 12.32 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 43.13 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 702.09 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 686.48 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 517.50 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 371.20 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 9.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 57.10 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 45.39 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 20.54 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 599.95 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 14.01 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 50.55 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 7.40 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 6.60 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 3.08 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 14.99 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 3.20 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 2.40 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSN. | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| DAVID W SELVIG DDS | Unsecured | 195.23 | NA | NA | 0.00 | 0.00 |
| DAVID W SELVIG DDS | Unsecured | 110.34 | NA | NA | 0.00 | 0.00 |
| DAVID W SELVIG DDS | Unsecured | 195.23 | NA | NA | 0.00 | 0.00 |
| DAVID W SELVIG DDS | Unsecured | 110.34 | NA | NA | 0.00 | 0.00 |
| DAVID W SELVIG DDS | Unsecured | 61.34 | NA | NA | 0.00 | 0.00 |
| DAVID W SELVIG DDS | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| DELATORRE ORTHITICS | Unsecured | 9.87 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 8,790.00 | 8,790.46 | 8,790.46 | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 9,674.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 254.38 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICINE PHYSICIANS | Unsecured | 29.60 | NA | NA | 0.00 | 0.00 |
| EQUIANT FINANCIAL SVCS | Unsecured | 8,237.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Secured | 0.00 | 9,683.98 | 9,683.98 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Secured | 263,725.61 | 274,133.69 | 0.00 | 4,008.68 | 0.00 |
| FOUNDATION RADIOLOGY GROUP P | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| FOUNDATION RADIOLOGY GROUP P | Unsecured | 10.50 | NA | NA | 0.00 | 0.00 |
| FOUNDATION RADIOLOGY GROUP P | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| FOUNDATION RADIOLOGY GROUP P | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| GLADE RUN MEDICAL ASSOCIATES | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GLADE RUN MEDICAL ASSOCIATES | Unsecured | 253.50 | NA | NA | 0.00 | 0.00 |
| GLOBAL COLLECTION | Unsecured | 15,231.51 | NA | NA | 0.00 | 0.00 |
| GREATER PGH ORTHOPAEDIC ASSOC | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| I.C. SYSTEMS INC. | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| JSO ASSOCIATION IN PATHOLOGY | Unsecured | 31.60 | NA | NA | 0.00 | 0.00 |
| JSO ASSOCIATION IN PATHOLOGY | Unsecured | 7.90 | NA | NA | 0.00 | 0.00 |
| LEECHBURG AREA SD(LCHBRG)RE T | Secured | 521.76 | NA | 521.76 | 0.00 | 0.00 |
| LEECHBURG AREA SD(LCHBRG)RE T | Secured | 2,276.79 | NA | 2,276.79 | 0.00 | 0.00 |
| LEECHBURG ASD & LEECHBURG BO | Priority | 193.89 | 122.36 | 122.36 | 0.00 | 0.00 |
| LEECHBURG BORO - SEWAGE | Unsecured | 125.88 | NA | NA | 0.00 | 0.00 |
| LEECHBURG BORO - SEWAGE | Unsecured | 122.38 | NA | NA | 0.00 | 0.00 |
| LOWER KISKI AMBULANCE SERVICE | Unsecured | 2,030.00 | NA | NA | 0.00 | 0.00 |
| MEDEXPRESS | Unsecured | 174.20 | NA | NA | 0.00 | 0.00 |
| MEDEXPRESS | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MEDEXPRESS | Unsecured | 45.71 | NA | NA | 0.00 | 0.00 |
| MEDEXPRESS | Unsecured | 29.43 | NA | NA | 0.00 | 0.00 |
| MEDICAL REHABILITATION INC. | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 576.00 | NA | NA | 0.00 | 0.00 |
| MURPHY'S MUSIC CENTER | Secured | 1,159.00 | NA | 1,159.21 | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY GRO | Unsecured | 354.24 | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC* | Secured | 22,890.00 | 24,110.87 | 0.00 | 1,651.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC* | Secured | 0.00 | 3,026.91 | 3,026.91 | 0.00 | 0.00 |
| NEB DOCTORS OF WESTERN PA LLC | Unsecured | 203.95 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 818.58 | 900.11 | 900.11 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 0.00 | 63.40 | 63.40 | 0.00 | 0.00 |
| PENA ALLEGHENY CLINIC | Unsecured | 21.60 | NA | NA | 0.00 | 0.00 |
| PENNSYLVANIA ASSOCIATION OF CI | Unsecured | 251.52 | NA | NA | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 5,414.51 | 5,713.93 | 5,713.93 | 0.00 | 0.00 |
| PHOENIX FINANCIAL SERVICE | Unsecured | 986.90 | NA | NA | 0.00 | 0.00 |
| PHYSIOTHERAPY CORPORATION | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| PNG NORTHERN CREDIT UNION | Unsecured | 7,800.00 | NA | NA | 0.00 | 0.00 |
| PNG NORTHERN CREDIT UNION | Unsecured | 9,500.00 | NA | NA | 0.00 | 0.00 |
| PNG NORTHERN CREDIT UNION | Secured | 7,700.00 | NA | 3,461.00 | 187.61 | 120.12 |
| PNG NORTHERN CREDIT UNION | Secured | 12,100.00 | NA | 6,001.00 | 342.05 | 178.45 |
| PREMIER MEDICAL ASSOC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| PREMIER MEDICAL ASSOC | Unsecured | 143.84 | NA | NA | 0.00 | 0.00 |
| PREMIER MEDICAL ASSOC | Unsecured | 184.59 | NA | NA | 0.00 | 0.00 |
| PREMIER MEDICAL ASSOC | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| PREMIER MEDICAL ASSOC | Unsecured | 15.61 | NA | NA | 0.00 | 0.00 |
| PREMIER MEDICAL ASSOC | Unsecured | 35.15 | NA | NA | 0.00 | 0.00 |
| PREMIER MEDICAL ASSOC | Unsecured | 21.94 | NA | NA | 0.00 | 0.00 |
| PREMIER MEDICAL ASSOC | Unsecured | 82.09 | NA | NA | 0.00 | 0.00 |
| PREMIER MEDICAL ASSOC | Unsecured | 82.09 | NA | NA | 0.00 | 0.00 |
| PREMIER MEDICAL ASSOC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| PREMIER MEDICAL ASSOC | Unsecured | 66.65 | NA | NA | 0.00 | 0.00 |
| PREMIER MEDICAL ASSOC | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| PREMIER MEDICAL ASSOC | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| PREMIER MEDICAL ASSOC | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| PREMIER MEDICAL ASSOC | Unsecured | 227.36 | NA | NA | 0.00 | 0.00 |
| PREMIER MEDICAL ASSOC | Unsecured | 202.23 | NA | NA | 0.00 | 0.00 |
| PREMIER MEDICAL ASSOC | Unsecured | 104.20 | NA | NA | 0.00 | 0.00 |
| PREMIER MEDICAL ASSOC | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| PREMIER MEDICAL ASSOC | Unsecured | 71.70 | NA | NA | 0.00 | 0.00 |
| PREMIER MEDICAL ASSOC | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| QUAD COUNTY ORAL SURGERY | Unsecured | 45.20 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS++ | Unsecured | 4.20 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS++ | Unsecured | 6.13 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS++ | Unsecured | 49.27 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS++ | Unsecured | 3.15 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS++ | Unsecured | 8.26 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUEST DIAGNOSTICS++ | Unsecured | 4.79 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS++ | Unsecured | 17.52 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 106.60 | NA | NA | 0.00 | 0.00 |
| TAKE CARE HEALTH SYSTEMS | Unsecured | 95.73 | NA | NA | 0.00 | 0.00 |
| TAKE CARE HEALTH SYSTEMS | Unsecured | 6.75 | NA | NA | 0.00 | 0.00 |
| TAKE CARE HEALTH SYSTEMS | Unsecured | 70.98 | NA | NA | 0.00 | 0.00 |
| TEK COLLECT | Unsecured | 942.00 | NA | NA | 0.00 | 0.00 |
| TEK COLLECT | Unsecured | 307.00 | NA | NA | 0.00 | 0.00 |
| TONY ALBERTELLI DPM | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU INC | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN | Unsecured | 143.20 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN | Unsecured | 131.66 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN | Unsecured | 489.21 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN | Unsecured | 22.95 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN | Unsecured | 137.82 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN | Unsecured | 23.60 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN | Unsecured | 14.99 | NA | NA | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | 18.28 | NA | NA | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | 195.13 | NA | NA | 0.00 | 0.00 |
| UPMC(*) | Unsecured | 23.36 | NA | NA | 0.00 | 0.00 |
| VACATION VILLAS | Unsecured | 8,237.37 | NA | NA | 0.00 | 0.00 |
| VACATION VILLAS | Unsecured | 1,142.03 | NA | NA | 0.00 | 0.00 |
| WEST PENN POWER** | Unsecured | 2,197.04 | 3,226.12 | 3,226.12 | 0.00 | 0.00 |
| WESTARM THERAPY SERVICES | Unsecured | 306.50 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $5,659.68 | $0.00 |
| Mortgage Arrearage | $12,710.89 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,462.00 | $529.66 | $298.57 |
| All Other Secured | $11,449.97 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$33,622.86** | **$6,189.34** | **$298.57** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,022.47 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,022.47** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$32,427.25** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $2,788.21 |
| Disbursements to Creditors | $6,487.91 |
| **TOTAL DISBURSEMENTS** : | **$9,276.12** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/05/2016          By: /s/ Ronda J. Winnecour
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**